IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TERESA HENDRICKS, Individually and as Next Friend to MH, SH, and SH<br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY;<br>Defendant. | § § § § § § § § § § | CIVIL ACTION NO. 4:12-CV-00071<br><br>ALM<br><br>JURY |

### PLAINTIFFS' NOTICE REGARDING PREVIOUS EXPERT DISCLOSURES

Plaintiffs, Teresa Hendricks, Individually and as Next Friend to MH, SH, and SH, files this Notice Regarding Previous Expert Disclosures served October 28, 2011.

Respectfully submitted,

**HENLEY & HENLEY, P.C.**
3300 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
214/821-0222 (Telephone)
214/821-0124 (Facsimile)


By: /s/ Geoff J. Henley
Geoff J. Henley
State Bar No. 00798253
David Gonzales
State Bar No. 24073258

ATTORNEYS FOR PLAINTIFFS

PLAINTIFFS' NOTICE REGARDING PREVIOUS EXPERT DISCLOSURE -    PAGE 1

## CERTIFICATE OF SERVICE

I certify that on May 1, 2012, a true and correct copy of Plaintiffs' Notice Regarding Previous Expert Disclosure was served to the person listed below by the method indicated.

John Chambless, Ronald D. Wamsted
THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Street, Suite 1500,
Austin, Texas 78701
888/708-8200 (Telephone)
512/708-8777 (Facsimile)

_____ HAND-DELIVERY             __√__ FACSIMILE

_____ ELECTRONIC MAIL           _____ REGULAR MAIL

_____ CERTIFIED MAIL

/s/ Geoff J. Henley